| | |
|---|---|
| HAZEL MCWEENEY<br>29 Woodhollow Court<br>Owings Mills, MD 21117<br><br>    Plaintiff<br><br>v.<br><br>GGI HOLDINGS, LLC<br>125 E John Carpenter Freeway #1300<br>Irving, TX 75062<br>**SERVE ON:**<br>CSC-LAWYERS INCORPORATING<br>  SERVICE COMPANY<br>211 E 7th Street - Suite 620<br>Austin, TX 78701<br><br>GOLD'S GYM INTERNATIONAL, INC<br>125 E. John Carpenter Freeway #1300<br>Irving, TX 75062<br>**SERVE ON:**<br>CSC-LAWYERS INCORPORATING<br>  SERVICE COMPANY<br>211 E 7th Street - Suite 620<br>Austin, TX 78701<br><br>GOLD'S HOLDING CORP<br>125 E John Carpenter Freeway #1300<br>Irving, TX 75062<br>**SERVE ON:**<br>CSC-LAWYERS INCORPORATING<br>  SERVICE COMPANY<br>211 E 7th Street - Suite 620<br>Austin, TX 78701<br><br>INSTRUCTION FITNESS & TRAINING<br>  CENTER, LLC<br>8 Church Lane<br>Baltimore, MD 21208<br>**SERVE ON:**<br>Marc Ellison<br>3635 Old Court Road - Suite 2011<br>Baltimore, MD 21208<br><br>    Defendants | IN THE<br><br>CIRCUIT COURT<br><br>OF MARYLAND FOR<br><br>BALTIMORE CITY<br><br>CASE NO 24-C-10-006208 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

1

## COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COMES Hazel McWeeney (hereinafter "McWeeney"), Plaintiff, by and through her attorneys, Phillip L. Potts and Potts & Potts, P.A. and hereby sues GGI Holdings, LLC, Gold's Gym International, Inc., Gold's Holding Corporation, and Instructional Fitness & Training Center, Inc., Defendants, and, in support thereof, states as follows

## FACTS COMMON TO ALL COUNTS

1. GGI Holdings, LLC, Gold's Gym International, Inc., and Gold's Holding Corporation are Texas corporations which owns, operates gyms and does business throughout Maryland, including the Golds Gym located at 10221 South Dolfield Road, Owings Mills, MD, where the events giving rise to this cause of action occurred

2. That because Defendants, GGI Holdings, LLC, Gold's Gym International, Inc., and Gold's Holding Corporation, are Texas corporations and carry on a regular business throughout the State of Maryland, venue is proper pursuant to <u>Annotated Code of Maryland</u>, Courts and Judicial Proceedings Volume, § Sections 6-201 (a) and (b) and 6-202 (11)

3. On or about October 24, 2009, the Plaintiff, while participating in a Step class, slipped on a wet floor, causing her to fall and fracture her right wrist

4. That the Defendants, by and through their agents, servants and employees, knew or should have known of the hazardous conditions and failed to take appropriate action to remedy said hazardous condition

5. Plaintiff was a business invitee of GGI Holdings, LLC, Gold's Gym

2

International, Inc, Gold's Holding Corporation and Instructional Fitness & Training Center, Inc and said Defendants were the owners and/or operators of the business and had a duty to use reasonable and ordinary care to keep the premises safe for Plaintiff and to protect her against injuries caused by an unreasonable risk which she, by exercising ordinary care, could not discover.

6  Defendants breached their duty of care owed to Plaintiff by failing to warn her of the dangerous conditions

## COUNT I
### (NEGLIGENCE)

Plaintiff, Hazel McWeeney, hereby sues the Defendant, GGI Holdings, LLC, and states

7  That Plaintiff does hereby incorporate and re-alleges all of the statements and allegations contained in Paragraphs 1 through 6 of this Complaint as if fully set forth herein

8  The Plaintiff did not in any way cause or contribute to the accident and was not negligent in any respect

9  As a direct and proximate result of the aforesaid negligence of the Defendant, the Plaintiff suffered severe and permanent physical injuries, pain and suffering, psychological harm and other damages.

10  That as a direct consequence of her injuries, the Plaintiff was caused and may be caused in the future to incur expenses for her medical care and treatment and has sustained a loss of income and will continue to lose sums of money because of his inability to engage in her usual occupation and livelihood and other damages

11.  That the Plaintiff further avers that all of her injuries, losses and damages,

3

08/30/2010 02:41 PM

past, present and future, are due solely to and by reason of the negligence on the part of the Defendant and without any negligence or want of due care on the part of the Plaintiff, directly or indirectly thereunto contributing.

WHEREFORE, Plaintiff, Hazel McWeeney, hereby sues Defendant, GGI Holdings, LLC, and claims damages in the amount of Seven Hundred Fifty Thousand Dollars ($750,000 00)

## COUNT II
### (NEGLIGENCE)

Plaintiff, Hazel McWeeney, hereby sues the Defendant, Gold's Gym International, Inc , and states:

12. That Plaintiff does hereby incorporate and re-alleges all of the statements and allegations contained in Paragraphs 1 through 6 of this Complaint as if fully set forth herein

13 The Plaintiff did not in any way cause or contribute to the accident and was not negligent in any respect

14 As a direct and proximate result of the aforesaid negligence of the Defendant, the Plaintiff suffered severe and permanent physical injuries, pain and suffering, psychological harm and other damages

15. That as a direct consequence of her injuries, the Plaintiff was caused and may be caused in the future to incur expenses for her medical care and treatment and has sustained a loss of income and will continue to lose sums of money because of his inability to engage in her usual occupation and livelihood and other damages

16. That the Plaintiff further avers that all of her injuries, losses and damages, past, present and future, are due solely to and by reason of the negligence on the part

4

of the Defendant and without any negligence or want of due care on the part of the Plaintiff, directly or indirectly thereunto contributing.

WHEREFORE, Plaintiff, Hazel McWeeney, hereby sues Defendant, Gold's Gym International, Inc, and claims damages in the amount of Seven Hundred Fifty Thousand Dollars ($750,000 00)

### COUNT III
### (NEGLIGENCE)

Plaintiff, Hazel McWeeney, hereby sues the Defendant, Gold's Holding Corp, and states

17  That Plaintiff does hereby incorporate and re-alleges all of the statements and allegations contained in Paragraphs 1 through 6 of this Complaint as if fully set forth herein

18  The Plaintiff did not in any way cause or contribute to the accident and was not negligent in any respect

19  As a direct and proximate result of the aforesaid negligence of the Defendant, the Plaintiff suffered severe and permanent physical injuries, pain and suffering, psychological harm and other damages

20  That as a direct consequence of her injuries, the Plaintiff was caused and may be caused in the future to incur expenses for her medical care and treatment and has sustained a loss of income and will continue to lose sums of money because of his inability to engage in her usual occupation and livelihood and other damages

21  That the Plaintiff further avers that all of her injuries, losses and damages, past, present and future, are due solely to and by reason of the negligence on the part of the Defendant and without any negligence or want of due care on the part of the

Plaintiff, directly or indirectly thereunto contributing.

WHEREFORE, Plaintiff, Hazel McWeeney, hereby sues Defendant, Gold's Holding Corp, and claims damages in the amount of Seven Hundred Fifty Thousand Dollars ($750,000.00).

### COUNT IV
### (NEGLIGENCE)

Plaintiff, Hazel McWeeney, hereby sues the Defendant, Instructional Fitness & Training Center, Inc, and states

22. That Plaintiff does hereby incorporate and re-alleges all of the statements and allegations contained in Paragraphs 1 through 6 of this Complaint as if fully set forth herein

23. The Plaintiff did not in any way cause or contribute to the accident and was not negligent in any respect.

24. As a direct and proximate result of the aforesaid negligence of the Defendant, the Plaintiff suffered severe and permanent physical injuries, pain and suffering, psychological harm and other damages

25. That as a direct consequence of her injuries, the Plaintiff was caused and may be caused in the future to incur expenses for her medical care and treatment and has sustained a loss of income and will continue to lose sums of money because of his inability to engage in her usual occupation and livelihood and other damages.

26. That the Plaintiff further avers that all of her injuries, losses and damages, past, present and future, are due solely to and by reason of the negligence on the part of the Defendant and without any negligence or want of due care on the part of the Plaintiff, directly or indirectly thereunto contributing.

08/30/2010 02:41 PM

WHEREFORE, Plaintiff, Hazel McWeeney, hereby sues Defendant, Instructional Fitness & Training Center, Inc , and claims damages in the amount of Seven Hundred Fifty Thousand Dollars ($750,000 00)

*[signature]*

Phillip L Potts, Esquire
Potts & Potts, P A
200 E Lexington Street, #1102
Baltimore, MD 21202
410-727-8666
Attorney for Plaintiff



08/30/2010 02:41 PM